■ JOANN M. PECORA, Respondent, v MARSHALL E. LAWRENCE et al., Appellants. (Appeal No. 2.) [813 NYS2d 319]—Appeal from a decision (denominated decision and order) of the Supreme Court, Monroe County (William P. Polito, J.), entered November 30, 2004 in a personal injury action. The decision stated that plaintiff's motion for an order setting aside the verdict and directing judgment as a matter of law is moot.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Pecora v Lawrence* ([appeal No. 1] 28 AD3d 1136 [2006]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.